UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: DA Consulting Group USA, Inc. §
§
§
§
§
Debtor(s).          §

Case No. 03-48131

### Order for Payment of Unclaimed Funds

Upon the application of __Dragon River Resources, Inc.__,

seeking payment of $ __145,319.21__ representing funds previously unclaimed by

__DA Consulting Group USA, Inc. (Debtor)__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Dragon River Resources, Inc.__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __145,319.21__ to:

DA Consulting Group USA, Inc.
c/o Dragon River Resources
MCL Associates
125 Westchester Dr.
Canton, MA 02021

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge