

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/17/2009

IN RE: § Case No. 03-48131-H5-7

DA Consulting Group USA

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __35__ ) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. _____ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. __X__ Other:   Power of Attorney not Notarized.

Signed   DEC 1 7 2009          .

United States Bankruptcy Judge